**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ESTATE OF ROCIO GUADALUPE CELAYA, *et al.*, | Case No. 2:13-cv-01522-APG-NJK |
| Plaintiffs, | **ORDER** |
| v. | |
| GENERAL MOTORS CORPORATION, *et al.*, | |
| Defendants. | |

IT IS ORDERED that the parties shall file a status report on or before April 22, 2015 regarding the status of finalizing their settlement per the parties' notice of settlement (Dkt. #18) filed on November 4, 2014.

DATED this 13th day of April, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE