UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESTATE OF ROCIO GUADALUPE CELAYA, *et al.*, | Case No. 2:13-cv-01522-APG-NJK |
| Plaintiffs, | ORDER |
| v. | |
| GENERAL MOTORS CORPORATION, *et al.*, | |
| Defendants. | |

Pursuant to the parties' joint status report, the parties have settled this action and anticipated filing a stipulation to dismiss on or before May 15, 2015. (Dkt. #20.) Nothing has been filed.

IT IS ORDERED that the parties shall file either a stipulation to dismiss or a status report on or before July 10, 2015.

DATED this 1st day of July, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE