Jay J. Schuttert, Nevada Bar No. 8656
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jschuttert@swlaw.com

Attorneys for Defendant
GENERAL MOTORS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF ROCIO GUADALUPE CELAYA; ELVIRA SALAZAR, as an individual and as heir of ROCIO GUADALUPE CELAYA and as parent/guardian and proposed Special Administrator of the ESTATE OF ROCIO GUADALUPE CELAYA; TERESITA MENDOZA, as an individual and as heir of ROCIO GUADALUPE CELAYA and as proposed Special Administrator of the ESTATE OF ROCIO GUADALUPE CELAYA; ALAN MACINTOSH, as proposed Special Administrator of ESTATE OF ROCIO GUADALUPE CELAYA; ESTATE OF OMAR JIMENEZ FLORES; SERGIO JIMENEZ, as an individual and as heir of OMAR JIMENEZ and as proposed Special Administrator of ESTATE OF OMAR JIMENEZ FLORES; LETICIA JIMENEZ; as an individual and as heir of OMAR JIMENEZ and as proposed Special Administrator of ESTATE OF OMAR JIMENEZ FLORES; ALAN MACINTOSH, as proposed Special Administrator of ESTATE OF OMAR JIMENEZ FLORES; ELIZA MICHELLE CORTEZ; an individual; JENNY CABRERA aka JENNY CABRERA TORREGROSSA, as a minor; DAYMI CABRERA TORREGROSSA, an individual and as parent/guardian of JENNY CABRERA, <br><br>            Plaintiffs, <br><br>vs. <br><br>GENERAL MOTORS CORPORATION, a business entity; GENERAL MOTORS, LLC, a | Case No. 2:13-cv-01522-APG-NJK <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| business entity; GENERAL MOTORS ACCEPTANCE CORPORATION, a business entity; GMAC, INC., a business entity; DOES 1-200 and ROE ENTITIES 1-200, inclusive,<br><br>                    Defendants. | |
| ESTATE OF SERGIO ALFONSO BRIAN DIAZ GUZMAN; ALAN MACINTOSH, proposed Special Administrator of ESTATE OF SERGIO ALFONSO BRIAN DIAZ GUZMAN; SERGIO ALFONSO DIAZ-HERNANDEZ, an individual and heir and proposed Special Administrator for ESTATE OF SERGIO ALFONSO BRIAN DIAZ GUZMAN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a business entity; GENERAL MOTORS, LLC, a business entity; GENERAL MOTORS ACCEPTANCE CORPORATION, a business entity; GMAC, INC., a business entity; DOES 1-200 and ROE ENTITIES 1-200, inclusive,<br><br>                    Defendants. | Case No. 2:13-cv-01524-APG-NJK |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendant General Motors, LLC, Case No. 2:13-cv-01522-APG-NJK; and Plaintiffs and Defendant General Motors, LLC, Case No. 2:13-cv-01524-APG-NJK, by and through their respective counsel of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  record, that the above matter be dismissed in its entirety, with prejudice, with the Plaintiffs
2  (collectively and jointly) and the Defendants each agreeing to bear their own costs and attorneys'
3  fees.

DATED this  10th  day of September, 2015.        DATED this  10th  day of September, 2015.

SNELL & WILMER L.L.P.                            NEHME-TOMALKA
                                                 & ASSOCIATES

By: /s/ Jay J. Schuttert                         By: /s/ Doris Nehme-Tomalka
    Jay J. Schuttert                                 Doris Nehme-Tomalka
    Nevada Bar No. 8656                              Nevada Bar No. 6431
    3883 Howard Hughes Pkwy., Ste. 1100              2620 Regatta Drive, Suite 102
    Las Vegas, NV 89169                              Las Vegas, NV 89128

    Attorneys for Defendant                          Attorneys for Plaintiffs
    GENERAL MOTORS, LLC                              Case No. 2:13-cv-01522-APG-NJK


                                                 KAJIOKA & BLOOMFIELD

                                                 By: /s/ Dean Y. Kajioka
                                                     Dean Y. Kajioka
                                                     Nevada Bar No. 5030
                                                     8530 West Charleston Blvd., Suite 100
                                                     Las Vegas, NV 89117

                                                     Attorneys for Plaintiffs
                                                     Case No. 2:13-cv-01524-APG-NJK

## **ORDER**

IT IS SO ORDERED.

DATED this  10th  day of September, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Jay J. Schuttert
Jay J. Schuttert, Nevada Bar No. 8656
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
GENERAL MOTORS, LLC
22526613